FILED
NOV 1 4 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES FOR THE USE AND *
BENEFIT OF SOJAM, LLC, d/b/a
MARTIN J. BRAUN COMPANY *
3200 Annetta Avenue
Baltimore, Maryland 21213 *

        Plaintiff *

v. *   Case No.:

C.E.R., INC. *   CASE NUMBER 1:05CV02221
1520 Caton Center Drive, Suite A
P.O. Box 24228 *   JUDGE: Richard W. Roberts
Baltimore, Maryland 21227
*   DECK TYPE: Contract
and
*   DATE STAMP: 11/14/2005

UNITED STATES FIDELITY AND
GUARANTY COMPANY *
11 Schilling Road
Hunt Valley, Maryland 21031 *

        Defendants *

*  *  *  *  *  *  *  *  *  *  *  *  *  *

## COMPLAINT

United States for the use and benefit of SOJAM, LLC, d/b/a Martin J. Braun Company ("Braun") sues C.E.R., Inc. ("CER") and United States Fidelity and Guaranty Company ("USF&G"), and says:

1.   Braun is a Maryland corporation. Its principal place of business is located in Baltimore, Maryland. Braun is a mechanical contractor in the building construction industry.

2.   CER is a Maryland corporation. Its principal place of business is located in Baltimore, Maryland. CER is a general contractor in the building construction industry.

3.   USF&G is a Maryland corporation. Its principal place of business is located in Hunt

Valley, Maryland. USF&G is, among other things, a surety in the building construction industry.

4. This Court has subject matter jurisdiction pursuant to the Miller Act, 40 USC §3131 et seq.

5. Venue in this district is proper pursuant to the Miller Act as the construction project that is the subject of this dispute is situated in the District of Columbia.

6. On or about August 8, 2002, CER contracted with the Department of the Navy under Contract No. N62477-99-D-0105, Delivery Order No. 0012 (the "prime contract") to serve as the prime contractor for a construction project known as "Repipe Hot and Cold Waterlines Building 222" which is located at the Naval Research Laboratory in Washington, D.C. (the "project").

7. On or about December 5, 2002, Braun entered into a subcontract with CER, agreeing to provide certain specified mechanical piping work required under the prime contract for the sum of $565,000.00 (the "subcontract"). A copy of the subcontract is attached hereto as Exhibit A.

8. In accordance with the Miller Act, CER as principal and USF&G as surety provided a labor and material payment bond which guaranteed payment to all persons furnishing labor or materials in the prosecution of the work required by the prime contract. A copy of the payment bond is attached hereto as Exhibit B.

9. Braun has performed its work properly and in accordance with the plans and specifications for the project. In addition, at the CER's express direction, Braun has performed extra work and has incurred additional costs and expenses on the project.

10. Although it has properly performed its work, Braun has not been paid in full.

11. The amount currently due and owing to Braun for the work, labor and materials that it furnished to the project is $164,315.02, which includes $32,000 due and owing for base contract work and $132,315.02 for additional costs that were incurred for, inter alia, additional mobilization and demobilization costs, increased charges for materials, additional storage charges, subcontractor

fees, and labor expenses due to unknown asbestos abatement work that needed to be performed on the project.

12. Despite repeated demands, neither CER nor USF&G has paid the $164,315.02 that is due and owing to Braun.

13. Braun has complied with all conditions and requirements of the payment bond and the Miller Act and/or such conditions and requirements have been waived or excused.

14. Pursuant to the bond and the Miller Act, CER and USF&G are jointly and severally liable for the $164,315.02 that is owed to Braun in connection with the project.

WHEREFORE, SOJAM, LLC, d/b/a Martin J. Braun Company demands judgment against Defendants CER, Inc. and United States Fidelity and Guaranty Company, jointly and severally, in the amount of $164,315.02, and for pre-judgment interest, post-judgment interest, costs, attorneys' fees, and such other and further relief as this Court may deem appropriate.

Lucas F. Webster, Federal Bar No. 470174
Huddles Jones Sorteberg & Dachille, P.C.
10211 Wincopin Circle, Suite 200
Columbia, MD 21044
Attorneys for Plaintiff
301-621-4120
301-621-4473 (fax)

Mark S. Dachille, Federal Bar No. 04086
Huddles Jones Sorteberg & Dachille, P.C.
10211 Wincopin Circle, Suite 200
Columbia, MD 21044
Attorneys for Plaintiff
301-621-4120
301-621-4473 (fax)

Of Counsel

3