# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES FOR THE USE AND BENEFIT OF SOJAM, LLC d/b/a MARTIN J. BRAUN COMPANY, | * |
| Plaintiff | * |
| v. | *   Case No.  1:05 CV-02221 |
| C.E.R., INC., et al. | *   Judge:  Richard W. Roberts |
| Defendants | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

## CERTIFICATE UNDER LCvR.7.1

I, the undersigned, counsel of record for Sojam, LLC d/b/a Martin J. Braun Company certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of Sojam, LLC, which have any outstanding securities in the hands of the public:  None.

These representations are made in order that judges of this court may determine the need for recusal.

    /s/     Lucas F. Webster
Lucas F. Webster, Federal Bar No. 470174
Huddles Jones Sorteberg & Dachille, P.C.
10211 Wincopin Circle, Suite 200
Columbia, MD 21044
Attorneys for Plaintiff
301-621-4120
301-621-4473 (fax)