IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES FOR THE USE AND　\*
BENEFIT OF SOJAM, LLC d/b/a
MARTIN J. BRAUN COMPANY,　\*

　　　　　Plaintiff　　　　　\*

v.　　　　　　　　　　　　　\*　　Case No. 1:05 CV-02221

C.E.R., INC., et al.　　　　\*　　Judge: Richard W. Roberts

　　　　　Defendants　　　　\*

\*　\*　\*　\*　\*　\*　\*　\*　\*　\*　\*　\*　\*　\*

## AFFIDAVIT OF SERVICE

1. I, Eileen M. Captain, am at least 18 years of age, competent to testify, and not a party to this action.

2. On or about December 5, 2005, service of the Complaint, Summons and Civil Cover Sheet was made upon Unites States Fidelity & Guaranty Company c/o CSC Lawyers Incorporating Service Company, Resident Agent, 11 East Chase Street, Baltimore, Maryland 21209.

3. Also attached is a copy of the original certified mail receipt.

I solemnly affirm under the penalties of perjury that the contents of the foregoing affidavit are true to the best of my knowledge, information and belief.

　　　　　　　　　　　　　　　　/s/ Eileen M. Captain
　　　　　　　　　　　　　　　Eileen M. Captain, Legal Assistant
　　　　　　　　　　　　　　　Huddles Jones Sorteberg & Dachille, P.C.
　　　　　　　　　　　　　　　10211 Wincopin Circle, Suite 200
　　　　　　　　　　　　　　　Columbia, MD 21044

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X ☐ Agent ☐ Addressee<br>B. Received by (Printed Name): E. Nunn   C. Date of Delivery: 120505 |
| 1. Article Addressed to:<br>CSC LAWYERS INCORPORATING SERVICES Co.<br>RESIDENT AGENT FOR<br>USF+G<br>11 EAST CHASE STREET<br>BALTIMORE, MD 21209 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered       ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☒ Yes |
| 2. Article Number (Transfer from service label) | 7004 2510 0006 5950 0082 |

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540