IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES FOR THE USE AND BENEFIT OF SOJAM, LLC d/b/a MARTIN J. BRAUN COMPANY, | * * * | |
| Plaintiff | * | |
| v. | * | Case No. 1:05 CV-02221 |
| C.E.R., INC., et al. | * | Judge: Richard W. Roberts |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## AFFIDAVIT OF SERVICE

1. I, Eileen M. Captain, am at least 18 years of age, competent to testify, and not a party to this action.

2. On or about December 5, 2005, service of the Complaint, Summons and Civil Cover Sheet was made upon Unites States Fidelity & Guaranty Company c/o CSC Lawyers Incorporating Service Company, Resident Agent, 11 East Chase Street, Baltimore, Maryland 21209.

3. Also attached is a copy of the original certified mail receipt.

I solemnly affirm under the penalties of perjury that the contents of the foregoing affidavit are true to the best of my knowledge, information and belief.

                                                             /s/ Eileen M. Captain
                                               Eileen M. Captain, Legal Assistant
                                               Huddles Jones Sorteberg & Dachille, P.C.
                                               10211 Wincopin Circle, Suite 200
                                               Columbia, MD 21044

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

CSC LAWYERS INCORPORATING SERVICES CO.
RESIDENT AGENT FOR
USF+G
11 EAST CHASE STREET
BALTIMORE, MD 21209

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent ☐ Addressee

B. Received by (Printed Name): E. Nvnr
C. Date of Delivery: 120505

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered      ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☒ Yes

2. Article Number (Transfer from service label): 7004 2510 0006 5950 0082

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540