AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

UNITED STATES FOR THE USE AND
BENEFIT OF SOJAM, LLC, d/b/a
MARTIN J. BRAUN COMPANY

SUMMONS IN A CIVIL CASE

V.

C.E.R., INC., et al.

CASE NUMBER   1:05CV02221

JUDGE: Richard W. Roberts

DECK TYPE: Contract

DATE STAMP: 11/14/2005

TO: (Name and address of Defendant)

C.E.R., Inc.,
c/o David Rosseau, Resident Agent
2318 Monumental Road
Baltimore, Maryland 21227

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Lucas F. Webster, Esquire
Huddles Jones Sorteberg & Dachille, P.C.
10211 Wincopin Circle, Suite 200
Columbia, Maryland 21044

an answer to the complaint which is served on you with this summons, within __twenty (20)__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON          NOV 14 2005

CLERK                                DATE

_Maureen Higgins_
(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 12/27  10:30 Am |
| NAME OF SERVER (PRINT) Ed Cihlar | TITLE PPS |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): Mike Phillips - vice president - @ 1520 Caton Ctr Dr. Halethorpe, md 21227

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $55.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  12/27  10:30A
Date

Signature of Server

Address of Server: PO Box 1196, Hunt Valley md 21030

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.