**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES f/u/b/o SOJAM, LLC** | * | |
| **d/b/a MARTIN J. BRAUN COMPANY,** | | |
| | * | |
| **Plaintiff** | | |
| | * | |
| **v.** | | **Case No.  1:05 CV-02221** |
| | * | |
| **C.E.R., INC., et al.,** | | **Judge:   Richard W. Roberts** |
| | * | |
| **Defendants** | | |
| | * | |

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

**NOTICE OF SETTLEMENT**

Plaintiff, United States f/u/b/o SOJAM, LLC d/b/a Martin J. Braun Company, hereby provides notice to the Court that a settlement compromising and resolving the above-captioned matter has been reached between the parties.  However, the parties are in the process of exchanging the necessary paperwork, including payment of the settlement amount, and consequently are not yet in a position to submit a Stipulation of Dismissal.  The parties anticipate all details relating to their settlement will be completed prior to February 17, 2006, the date of the Initial Scheduling Conference for this matter.

As a consequence of their settlement, the parties will not be submitting to the Court the Rule 16.3 Conference statement required in advance of the Initial Scheduling Conference.

Respectfully submitted,

UNITED STATES, f/u/b/o
SOJAM, LLC d/b/a MARTIN J. BRAUN COMPANY

By Counsel:


/s/ *Lucas F. Webster*
Lucas F. Webster, Federal Bar No. 470174
**HUDDLES JONES SORTEBERG & DACHILLE, P.C.**
10211 Wincopin Circle
Suite 200
Columbia, Maryland 21044
(301) 621-4120
(301) 621-4473 (fax)
Attorneys for Plaintiff


## CERTIFICATE OF SERVICE

I hereby certify that on this __8th__ day of February, 2006, a copy of the foregoing Notice of Settlement was e-filed with the United Sates District Court for the District of Columbia and service of a copy of the Notice of Settlement transmitted, via the court's electronic service mechanism, to the following:

Stephen M. Seeger, Federal Bar No.
Michael C. Zisa, Federal Bar No.
**QUAGLIANO & SEEGER, P.C.**
2620 P Street, NW
Washington, D.C.  20007
sseeger@quagseeg.com

Attorneys for Defendants


/s/ *Lucas F. Webster*
Lucas F. Webster