UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
_____
                               )
UNITED STATES f/u/b/o SOJAM,   )
LLC d/b/a MARTIN J. BRAUN      )
COMPANY,                       )
                               )
        Plaintiff,             )
                               )
    v.                         )   Civil Action No. 05-2221 (RWR)
                               )
C.E.R., INC. et al.            )
                               )
        Defendants.            )
_____)
```

**ORDER**

Counsel for the plaintiff and the defendants in this case notified the court that the parties have reached a settlement. In light of that representation, it is hereby

ORDERED that the initial scheduling conference set for February 17, 2006 at 11:30 a.m. be, and hereby is, cancelled. It is further

ORDERED that this case shall be dismissed without prejudice for thirty days. It is further

ORDERED that any party may, within thirty days from entry of this Order, reopen this case upon motion approved by the Court. It is further

ORDERED that if no party moves to reopen this case within thirty days, this case shall, without further order, stand dismissed with prejudice.

SIGNED this 8th day of February, 2006.

                                                              /s/
                                      RICHARD W. ROBERTS
                                      United States District Judge

Case 1:05-cv-02221-RWR   Document 10   Filed 02/09/2006   Page 2 of 2